**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: LIVALO (PITAVASTATIN CALCIUM)**
**PATENT LITIGATION**                                           MDL No. 2597

**ORDER DEEMING MOTION MOOT**

Before the Panel is a motion by plaintiffs Kowa Company, Ltd., Kowa Pharmaceuticals America, Inc., and Nissan Chemical Industries, seeking centralization, pursuant to 28 U.S.C. § 1407, of the actions listed on the attached schedule in the Southern District of New York for coordinated or consolidated pretrial proceedings. The Panel has now been advised that, pursuant to a stipulation of dismissal, the listed Northern District of Illinois action was dismissed by the Honorable Matthew F. Kennelly in a minute order filed on November 26, 2014, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: LIVALO (PITAVASTATIN CALCIUM)**
**PATENT LITIGATION**                                    MDL No. 2597

**SCHEDULE A**

**DIST   DIV.   C.A.NO.          CASE CAPTION**

ILLINOIS NORTHERN
ILN    1      14–03336     Kowa Company, LTD. et al v. Orient Pharma Co., LTD.


NEW YORK SOUTHERN
NYS    1      14–02497     Kowa Company, Ltd. et al v. Aurobindo Pharma Limited et al
NYS    1      14–02647     Kowa Company,Ltd. et al v. Mylan, Inc. et al
NYS    1      14–02758     Kowa Company, Ltd. et al v. Amneal Pharamceuticals, L.L.C.
NYS    1      14–02759     Kowa Company, Ltd. et al v. Orient Pharma Co., Ltd.
NYS    1      14–02760     Kowa Company, Ltd. et al v. Zydus Pharmaceuticals (USA)
                           12Inc. et al
NYS    1      14–05575     Kowa Company, Ltd. et al v. Sawai USA, Inc. et al
NYS    1      14–07934     Kowa Company, Ltd. et al v. Apotex, Inc. et al